## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Robert W. Harrell, on behalf of and in his<br>official capacity as Speaker of the South<br>Carolina House of Representatives,<br>1100 Gervais Street<br>Columbia, SC 29201-6215<br>                                            Plaintiff,<br><br>                    vs.<br><br>The United States of America<br>U.S. Attorney For the District of Columbia<br>Civil Division<br>4th Floor<br>501 Third Street, N.W.<br>Washington, D.C. 20530<br><br>Eric H. Holder, Jr., in his official capacity as<br>Attorney General of the United States<br>Office of General Counsel<br>Justice Management Division<br>Department of Justice<br>145 N Street, N.E.<br>Washington, D.C. 20530<br>                                            Defendants. | Civil Action No.: 1:11-cv-01454 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE ON GROUNDS OF MOOTNESS

Pursuant to Fed. R. Civ. P. 41, Plaintiff Robert W. Harrell files this Notice of Voluntary

Dismissal on Grounds of Mootness.  In support thereof, Plaintiff states as follows:

On August 9, 2011, the South Carolina House of Representatives ("South Carolina") filed

this action under Section 5 seeking judicial preclearance of its 2011 redistricting plan for the

South Carolina House of Representatives, embodied in House Bill 3991.  [Docket # 1].  On that

same day, South Carolina also made a submission of the identical legislation to the Department

of Justice, seeking administrative preclearance under Section 5. *See* Letter from Assistant

Attorney General, Thomas E. Perez, attached as Exhibit 1.

Pursuant to Fed. R. Civ. P. 41, a party may obtain the dismissal without prejudice of an

action when the other party has not yet filed an answer. The Defendants have not filed an

answer in this case. Therefore, voluntary dismissal is appropriate. Moreover, on October 11,

2011, the Department of Justice advised South Carolina, in response to its administrative

submission, that it does not interpose any objection under Section 5 to House Bill 3991. *See*

Exhibit 1. In light of this determination, the case has now become moot.

WHEREFORE, Plaintiff Robert W. Harrell requests that this court dismiss this action

without prejudice.[1]

Date: October 13, 2011.


Respectfully submitted,

**BAKER HOSTETLER**


E. Mark Braden
D.C. Bar No.: 419915
mbraden@bakerlaw.com
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5304
(202) 861-1504

***Attorneys for Plaintiff Robert W. Harrell***

---

[1] *Harrell et al. v. United States of America et al.* (Case No. 1:11-cv-01566) was filed as a related case to the instant action on August 30, 2011. Case No. 1:11-cv-01566 seeks judicial preclearance of the State of South Carolina's redistricting plans for Congress under Section 5 of the Voting Rights Act, as amended, 42 U.S.C. § 1973(c). The dismissal of the instant action (Case No. 1:11-cv-01454) should not affect the adjudication on the merits of the Congressional action.

OF COUNSEL:

**SOWELL GRAY STEPP & LAFFITTE, L.L.C.**

Robert E. Stepp
Fed. I.D. No.: 4302
rstepp@sowellgray.com
Robert E. Tyson, Jr.
Fed. I.D. No.: 7815
rtyson@sowellgray.com
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400

**WILLOUGHBY & HOEFER, P.A.**

Benjamin P. Mustian
Fed. I.D. No.: 9615
bmustian@willoughbyhoefer.com
Tracey Green
Fed. I.D. No.: 6644
tgreen@willoughbyhoefer.com
930 Richland Street
Columbia, South Carolina 29202
(803) 252-3300

***Attorneys for Plaintiff Robert W. Harrell***

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2011, I served a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal through the Court's ECF system on the following counsel of record for Defendants:


Robert D. Popper
N.Y. Bar No. 2357275
Trial Attorney
Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7294 – NWB
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Robert.Popper@usdoj.gov
Tel: (202) 305-3746
Fax: (202) 307-3961
*Attorney for Defendants the United States of America, and*
*Eric H. Holder, Jr., in his official capacity as Attorney*
*General of the United States*

_____
E. Mark Braden
D.C. Bar No.: 419915
mbraden@bakerlaw.com
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5304
(202) 861-1504

***Attorney for Plaintiff Robert W. Harrell***

4