# EXHIBIT 1



U.S. Department of Justice

Civil Rights Division

*Voting Section*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

## FAX Transmittal Sheet

Date: October 11, 2011

**To:**

Name: E. Mark Braden, Esq.

Organization: Baker Hostetler

FAX No: (202) 861-1783

Off. Phone: (202) 861-1504

**From:**

Name: Joi D. Hyatte and Victor Williamson

FAX No:

Off. Phone: (202) 307-3109/(202) 305-0036

Subject: Preclearance of 2011 SC House redistricting plan

Number of pages transmitted (including this sheet): 2



U. S. Department of Justice

Civil Rights Division

---

*Office of the Assistant Attorney General*          *Washington, D.C. 20530*

OCT 1 1 2011

The Honorable Robert W. Harrell, Jr.
Speaker of the South Carolina House of Representatives
P.O. Box 11867
Columbia, South Carolina 29211

Dear Mr. Harrell:

This refers to Act No. 72 (H. 3991) (2011), which provides the 2011 redistricting plan for the South Carolina House of Representatives, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on August 9, 2011; additional information was received through September 27, 2011.

The Attorney General does not interpose any objection to the specified change. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

Sincerely,

Thomas E. Perez
Assistant Attorney General